# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 19-00315 LEK-RT |
| CASE NAME: | Donna Opulento et al., vs. State of Hawaii Department of Safety |
| ATTYS FOR PLA: | Eric A. Seitz<br>Gina May Szeto-Wong |
| ATTYS FOR DEFT: | William R.K. Awong<br>Kendall J. Moser |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 09/22/2020 | TIME: | 01:30 PM - 02:00 PM |

COURT ACTION:   EP: VIDEO STATUS CONFERENCE HELD.

All counsel present via video conference.

Court hears from the parties regarding the current status of the case and the defense MOTION for Summary Judgment (Dkt. 33).

Court GRANTS Plaintiff's MOTION (Dkt. 35) to STRIKE Defense MOTION (Dkt. 33) for Summary Judgment. Motion is Granted without prejudice to refiling if the deadlines are extended.

Court Directs the parties to:

1) Defense Motion for Summary Judgment (Dkt. 33) is STRICKEN without prejudice to refiling if the deadlines are extended.

2) Contact Magistrate Judge Trader to set up a status conference regarding resetting trial date and deadlines and continued settlement proceedings.

3) Parties are directed to meet and confer regarding improper, redundant defendants, etc...

Submitted by: Agalelei Elkington, Courtroom Manager