# MINUTES

CASE NUMBER:          1:19-cv-00315-RT

CASE NAME:            Donna Opulento, etc., et al., vs. State of Hawaii Department of
                      Public Safety, et al.,

ATTYS FOR PLTF:       Eric A. Seitz
                      Rosalyn G. Payen

ATTY FOR DEFTS:       Kendall J. Moser

---

JUDGE:    Rom Trader        REPORTER:    C5 - FTR

DATE:     5/8/2025          TIME:        10:58 AM – 11:10 AM

---

COURT ACTION: EP:     MOTION HEARING regarding [ECF[173]] *Joint Motion
                      for Preliminary Approval of Settlement* ("Motion")
                      had on 5/8/2025.

Court takes judicial notice of its records and files, including:

1. [ECF [98]]  *Order Granting Plaintiffs' Motion for Class Certification*;
2. [ECF [131]] *Second Amended Complaint for Injunctive Relief and Declaratory Relief;*
3. [ECF [173]] *Motion*; and
4. All prior court proceedings and orders.

The Court adopts the arguments and authorities relied upon by the parties and **GRANTS** *Motion.*

Accordingly, the *Settlement* is granted preliminary approval by the Court. ECF No. 173-3. Furthermore, the proposed *Notice to the Class of Settlement Agreement* ("Notice") is approved.  ECF No. 173-4.

The *Notice* shall be posted/published as proposed by the parties by no later than **5/15/2025**. Class members shall transmit any written comments or objections to the *Settlement* to Mr. Seitz' office by no later than close of business on **6/11/2025**.

A **Fairness Hearing** is scheduled for **6/18/2025 at 10:00 a.m.** in **Courtroom 5** before Magistrate Judge Trader.  The Telephone Conference previously scheduled for  6/18/2025 at 10:00 a.m. is VACATED.

Mr. Moser to prepare a proposed order granting the *Motion* to [Trader_Orders@hid.uscourts.gov](mailto:Trader_Orders@hid.uscourts.gov) by **5/12/2025**.

*Submitted by: Anjelica Barker, Courtroom Manager*