IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DONNA OPULENTO, on behalf of the Estate of JESSICA FORTSON, FRANK HAMPP, and JOSEPH TUI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF HAWAIʻI DEPARTMENT OF PUBLIC SAFETY, TOMMY JOHNSON, Director, Hawaiʻi Department of Public Safety; GAVIN TAKENAKA, Health Care Director, Hawaiʻi Department of Public Safety, Corrections Division; DOES 1-30,<br><br>　　　　Defendants. | CIVIL No. 19-00315 RT<br><br>ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DONNA OPULENTO, on behalf of the Estate of JESSICA FORTSON, FRANK HAMPP, and JOSEPH TUI, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF HAWAIʻI DEPARTMENT OF PUBLIC SAFETY, TOMMY JOHNSON, Director, Hawaiʻi Department of Public Safety; GAVIN TAKENAKA, Health Care Director, Hawaiʻi Department of Public Safety, Corrections Division; DOES 1-30,<br><br>        Defendants. | CIVIL No. 19-00315 RT<br><br>ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT

On June 25, 2025, the Parties filed a Joint Motion for Final Approval of Class Action Settlement ("Joint Motion"). ECF No. 180. By this Joint Motion, the Parties respectfully request that the Court issue its final approval of the Parties' Settlement Agreement and Release executed on April 4, 2025.

The Court takes judicial notice of its records and files, including: (1) Order granting Plaintiffs' Motion for Class Certification [ECF No. 98]; (2) Second

Amended Complaint for Injunctive Relief and Declaratory Relief [ECF No. 131]; (3) the Joint Motion [ECF No. 180]; and (4) all prior court proceedings and orders. The Court adopts the arguments and authorities relied upon by the Parties and GRANTS the Joint Motion.

    Accordingly, the Settlement Agreement is granted final approval by the Court.

    IT IS SO ORDERED.

    DATED: June 25, 2025, at Honolulu, Hawaiʻi.



Rom A. Trader
United States Magistrate Judge

---

Civil No. 19-00315 RT, *Opulento, et al. v. State of Hawaiʻi Department of Public Safety, et al.* ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT.