ANNE E. LOPEZ                              7609
Attorney General of Hawai'i

SKYLER G. CRUZ                             9551
KENDALL J. MOSER                           6515
Deputy Attorneys General
Dept. of the Attorney General
425 Queen Street
Honolulu, Hawai'i  96813
Telephone:  (808) 586-1494
E-mail:  Skyler.G.Cruz@hawaii.gov
         Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
STATE OF HAWAI'I DEPARTMENT
OF PUBLIC SAFETY; TOMMY
JOHNSON, Director, Hawai'i
Department of Public Safety; and GAVIN
TAKENAKA, Health Care Director,
Hawai'i Department of Public Safety,
Corrections Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DONNA OPULENTO, on behalf of the Estate of JESSICA FORTSON; FRANK HAMPP, and JOSEPH TUI, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>     v.<br><br>STATE OF HAWAI'I DEPARTMENT OF PUBLIC SAFETY; TOMMY JOHNSON, Director, Hawai'i Department of Public Safety; GAVIN TAKENAKA, | CIVIL NO. 19-00315 RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES, AND ORDER<br><br><br><br><br><br>The Honorable Rom Trader<br><br>No Trial Date |

| | |
|---|---|
| Health Care Director, Hawaiʻi Department of Public Safety, Corrections Division; DOES 1-30,<br><br>        Defendants. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of Local Rules of Practice for the United States District Court for the District of Hawaii, by and between the parties hereto through their respective counsel, that this action be and hereby is dismissed with prejudice.  The agreed-upon attorneys' fees and costs were previously paid to counsel for the Plaintiffs.  All remaining claims and parties are dismissed.  All parties who have appeared in this action have signed this stipulation.

DATED:  Honolulu, Hawaiʻi, September 9, 2025.

                    STATE OF HAWAII

                    ANNE E. LOPEZ
                    Attorney General of Hawaiʻi

                     /s/ Kendall J. Moser
                    SKYLER G. CRUZ
                    KENDALL J. MOSER
                    Deputy Attorneys General

                    Attorneys for Defendants
                    STATE OF HAWAIʻI DEPARTMENT
                    OF PUBLIC SAFETY, TOMMY
                    JOHNSON, and GAVIN TAKENAKA

DATED: Honolulu, Hawaiʻi, September 9, 2025.

/s/ Eric A. Seitz
ERIC A. SEITZ
JONATHAN M.F. LOO
MICHAEL D. KLINGER
ROSALYN G. PAYEN

PAUL ALSTON
CLAIRE WONG BLACK
RICHARD M. CRUM

Attorneys for Plaintiffs
DONNA OPULENTO, on behalf of
the Estate of JESSICA FORTSON, FRANK
HAMPP, and JOSEPH TUI, individually
and on behalf of all others similarly situated

APPROVED AS TO FORM:

DATED: September 10, 2025, Honolulu, Hawaiʻi.



Rom A. Trader
United States Magistrate Judge

_____
Civil No. 19-00315 RT; Donna Opulento, et al. v. State of Hawaiʻi Department of Public Safety, et al.; Stipulation for Dismissal with Prejudice as to all Claims and Parties, and Order